### 30510. COLEMAN v. THE STATE.

BROYLES, C. J. This case is substantially similar to that of *Williams* v. *State*, ante, and is controlled by the decision in that case.

Judgment affirmed. *MacIntyre and Gardner, JJ., concur.*